UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ERIC MALLEY,                              :

      Petitioner                  :     CIVIL ACTION NO. 3:22-1673

  v.                                          :          (JUDGE MANNION)

                                                :

STEPHEN SPAULDING,

                                                :

      Respondent                 :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.


*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: May 16, 2023**
22-1673-01-ORDER